**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

William Alan Pesnell
The Pesnell Law Firm
P. O. Box 1794
Shreveport LA 71166-1794

**REHEARING ACTION: March 9, 2016**

**Docket Number: 15   00840-CA**

**TAMMY RENEA MARTIN HARRUFF, ET AL.**
**VERSUS**
**RICHARD B. KING, JR., ET AL.**

**Appealed from Natchitoches Parish Case No. C-82954, Div. B**

**BEFORE JUDGES:**

    **Hon. Marc T. Amy**
    **Hon. Billy Howard Ezell**
    **Hon. David Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the "Application for Rehearing and for Rehearing En Banc" filed by **Renee King, Individually and in her capacity as Executor of the Succession of Richard B. King, Jr., and Kyle King** have this day been

    **DENIED.**

cc: Henry W. Bethard, V, Counsel for the Appellee